# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GILLAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OTO DEVELOPMENT, LLC dba HOMEWOOD SUITES BY HILTON FRESNO; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  1:24-CV-000825-JLT-EPG<br><br>**ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY OF ALL PROCEEDINGS** |

Plaintiff filed this state law employment discrimination suit in Fresno County Superior Court on June 7, 2024. (Doc. 1-2.) Defendant timely removed the case to this Court based on diversity jurisdiction. (*See* Doc. 1.) On July 24, 2024, Defendant moved to compel the case to arbitration and to stay further proceedings. (Doc. 7.) On August 7, 2024, Plaintiff filed a statement of non-opposition. (Doc. 11.) Having considered the motion and non-opposition in light of the entire record, the Court hereby O**RDERS**:

1. Defendant's Motion to Compel Arbitration and Stay of All Proceedings is **GRANTED**.
2. The parties are ordered to arbitration.
3. This case is stayed until further order of the Court.

4. Within 90 days of the date of this Order and every 90 days thereafter, or within 30 days of the completion of the arbitration process, whichever is first, the Defense shall file a brief status report updating the Court on the progress of arbitration or dispositional documents.

IT IS SO ORDERED.

Dated:   **August 13, 2024**

_____
UNITED STATES DISTRICT JUDGE